IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE CABOT OIL & GAS CORPORATION DERIVATIVE LITIGATION | § § § § § | CIVIL ACTION NO. H-21-2046 |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order entered on January 2, 2024, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on January 2, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge