United States Courts
Southern District of Texas
FILED
June 04, 2025
Nathan Ochsner, Clerk of Court



# United States Court of Appeals
# for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Jun 04, 2025

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-20050

United States Court of Appeals
Fifth Circuit
**FILED**
May 13, 2025
Lyle W. Cayce
Clerk

---

JODY EZELL, DERIVATIVELY *on Behalf of* NOMINAL DEFENDANT CABOT OIL & GAS CORPORATION; TREPPEL FAMILY TRUST U/A 08/18/18 LAWRENCE A. TREPPEL FOR THE BENEFIT OF GERI D. TREPPEL AND LARRY A. TREPPEL; JOHN HUDSON,

*Plaintiffs—Appellants,*

*versus*

DAN O. DINGES; SCOTT C. SCHROEDER; DOROTHY M. ABLES; RHYS J. BEST; ROBERT S. BOSWELL; AMANDA M. BROCK; PETER B. DELANEY; ROBERT KELLY; W. MATT RALLS; MARCUS A. WATTS; PHILLIP L. STALNAKER; ROBERT L. KEISER,

*Defendants—Appellees,*

---

TREPPEL FAMILY TRUST U/A 08/18/18

*Plaintiff—Appellant,*

*versus*

DAN O. DINGES; SCOTT C. SCHROEDER; RHYS J. BEST; MATT RALLS; DOROTHY M. ABLES; ROBERT S. BOSWELL; AMANDA M. BROCK; MARCUS A. WATTS; PETER B. DELANEY; ROBERT KELLEY; ROBERT L. KEISER; CABOT OIL AND GAS CORPORATION,

No. 24-20050

*Defendant—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-2046
USDC No. 4:21-CV-3053

Before GRAVES, ENGELHARDT, and OLDHAM, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 04, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20050    Ezell v. Dinges
                             USDC No. 4:21-CV-2046
                             USDC No. 4:21-CV-3053

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa V. Mattingly, Deputy Clerk
                            504-310-7719

cc:
      Mr. Alexander Louis Burns
      Mr. Stuart L. Cochran
      Mr. Nicolas Kravitz
      Ms. Melinda Nicholson
      Ms. Kelly Potter
      Mr. Benjamin Isaac Sachs-Michaels
      Mr. Shane P. Sanders
      Mr. Peter Andrew Stokes